UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIMOTHY BYRNE et al.,           *
           *
     Plaintiffs,         *
           *
       v.           *
           *      Civil Action No. 14-cv-14124-IT
WELLESLEY ADVISORS REALTY    *
FUND I, LLC           *
           *
     Defendant.       *

ORDER

February 11, 2015

Before the court is the Motion of John C. Ottenberg, Receiver of Wellesley Advisors Realty Fund I, LLC for Stay of Action [#7]. This motion seeks a stay of ninety days, during which time Ottenberg, who was recently appointed as Receiver over Defendant's assets, will familiarize himself with Defendant's financial and business records and determine if a responsive filing is necessary in this case. Plaintiffs have assented to this motion.[1]

In light of Plaintiffs' agreement, the court hereby orders that:

1. This litigation is stayed until May 6, 2015;

2. A responsive filing to Plaintiff's complaint is due by no later than May 18, 2015.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

---

[1] See Certificate Pursuant L.R. 7.1(A)(2) [#9]